# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**BRANDON COLLINS**                                                                                                  **PLAINTIFF**

**v.**                                         **Case No. 4:24-cv-239-JM**

**COLONEL GLEN REHAB**                                                                                        **DEFENDANT**

### ORDER

Plaintiff Brandon Collins's complaint is dismissed without prejudice because he failed to file an amended complaint by April 17, 2024 as directed, and the time to do so has passed. (Doc. 4). LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 19th day of April 2024.

_____
UNITED STATES DISTRICT JUDGE